UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-0127 FMO (KSx) | Date | November 29, 2016 |
|---|---|---|---|
| Title | Howard Teachout, et al. v. United States of America, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause

On January 7, 2016, plaintiffs Howard Teachout and Vickie Teachout ("plaintiffs") filed a Complaint against the United States of America ("Government"), and other defendants, (see Dkt. 1, Complaint), and on March 9, 2016, plaintiffs filed the operative First Amended Complaint ("FAC") against only the Government. (See Dkt. 11, FAC). The Government filed its Answer to the FAC on April 7, 2016. (See Dkt. 12, Answer).

On May 2, 2016, the court issued a scheduling and case management order, setting forth case deadlines. (See Court's Order of May 2, 2016). More specifically, the court set November 1, 2016, as the deadline for the parties to complete their settlement conference. (See id. at 10). The order directed the parties to file a Notice of Settlement no later than 24 hours after the settlement proceeding if the case settled, or if the case did not settle, a Status Report Re: Settlement no later than 48 hours after the settlement proceeding. (See id.). As of the date of this Order, the parties have not filed a Notice of Settlement or a Status Report Re: Settlement. Accordingly, IT IS ORDERED that no later than **December 2, 2016**, the parties shall show cause in writing why this case should not be dismissed or sanctions imposed for lack of prosecution and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). A stipulation of dismissal and/or notice of settlement shall be deemed a satisfactory response to the order to show cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |