JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOWARD TEACHOUT, an Individual,<br>VICKIE TEACHOUT, an Individual<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. CV 16-00127 FMO (KSx)<br><br>**ORDER ACCEPTING THE PARTIES' STIPULATION [17] FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. §2677 AND DISMISSING THE CASE WITH PREJUDICE.**<br><br>Honorable Fernando M. Olguin |

The Stipulation for Compromise Settlement and Release filed by the parties hereto is accepted by the Court. This case is dismissed with prejudice with each party to bear its own fees, costs, and expenses.

DATE:  December 2, 2016                    _____/s/_____
                                            HON. FERNANDO M. OLGUIN
                                            UNITED STATES DISTRICT JUDGE

-1-